396 A.2d 39

Commonwealth v. Margittai–Thorpe, Appellant.

Submitted December 6, 1977. Alan Ellis, for appellant; C. Kent Price, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.